IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   10-mj-01078-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

THEODORE GATEWOOD,

       Defendant.

_____

**MOTION TO DETERMINE DEFENDANT'S COMPETENCY**
_____

      COMES NOW the defendant Thoedore Gatewood ("Mr. Gatewood"), by and through Assistant Federal Public Defender Edward R. Harris and moves this Honorable Court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4242.  In support of this motion, counsel states as follows:

      1.      18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency.  The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241 (b) and (c).

2. Undersigned counsel proffers, based on his interaction with the defendant, that there is "reasonable cause to believe ... that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent...." Without disclosing the specific content of privileged communications, counsel's belief in this regard is based on statements made by the defendant regarding both this case and other matters, the defendant's demeanor, and concerns raised by the defendant himself regarding his mental condition.

3. Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Gatewood is competent to proceed to trial.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2010, I electronically filed the foregoing **MOTION TO DETERMINE DEFENDANT'S COMPETENCY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

James Allison, Assistant United States Attorney
    james.allison2@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Theodore Gatewood (via U.S. Mail)
Reg. No. 36927-013
c/o Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO  80123

                                              s/ Edward R. Harris
                                              Edward R. Harris
                                              Assistant Federal Public Defender
                                              633 17th Street, Suite 1000
                                              Denver, CO  80202
                                              Telephone: (303) 294-7002
                                              FAX: (303) 294-1192
                                              Edward_Harris@fd.org
                                              Attorney for Defendant