# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-mj-01078-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE GATEWOOD,

    Defendant.

---

# ORDER
# FOR COMPETENCY EXAMINATION AND DETERMINATION

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Motion To Determine Defendant's Competency** [#10] filed May 14, 2010, by counsel for the Defendant.

    The Court may order a competency hearing ". . . if there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). Based on the representations in the motion, I find and conclude that such reasonable cause exists under 18 U.S.C. § 4241(a).

    IT IS HEREBY **ORDERED**

    1. That the **Motion To Determine Defendant's Competency** [#10] is **GRANTED**;

    2. That pursuant to 18 U.S.C. § 4241(a), a hearing to determine the competency

of the Defendant shall be conducted on **July 22, 2010 at 3:00 p.m.**, at which time the Defendant shall appear without further notice or order from the court; provided, furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the Defendant;

      3. That pursuant to 18 U.S.C. § 4241(c), the hearing shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(d);

      4. That prior to the competency hearing and pursuant to the provisions of 18 U.S.C. § 4247(b), a psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist to be designated and provided by the Bureau of Prisons;

      5. That the Defendant, who is in the custody of the Attorney General, shall be placed forthwith at the Federal Detention Center or the Federal Correctional Institution, 9595 W. Quincy Avenue, Englewood, Colorado 80123, or at some other suitable facility, for a period not to exceed thirty (30) days from the date of this order to facilitate the psychiatric or psychological examination and to implement the orders of this court;

      6. That the licensed or certified psychiatrist or psychologist conducting the psychiatric or psychological examination shall be granted reasonable access to the Defendant to facilitate the psychiatric or psychological examination and to implement the orders of this court;

      7. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the Defendant, a psychiatric or psychological report shall be prepared by the licensed or certified psychiatrist or psychologist and shall be filed with the court, with copies to counsel for the government

and the Defendant;

8. That pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4), the psychiatric or psychological report shall include the following:

    a. The Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions as to the diagnosis and prognosis; and

    e. The examiner's opinion about whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

DATED: May 17, 2010

BY THE COURT:

/s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix